USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Miguel Zubiate,

Defendant.

18-cr-442 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Defendant's April 30, 2020 letter motion for compassionate release.  *See* Dkt. No. 109.

The Court hereby orders that pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, Natali J.H. Todd is appointed as CJA counsel to represent the Defendant for the purpose of his compassionate release motion.  If Ms. Todd intends to supplement Mr. Zubiate's letter motion, she shall inform the Court by 12 p.m. on May 20, 2020 and propose a date by which she will file such a supplement.

The Clerk of Court is directed to mail a copy of this Order to Defendant.

Dated: May 19, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge