UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Miguel Zubiate,

Defendant.

18-cr-442 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In response to the Court's April 19, 2020 Order, Dkt. No. 110, Ms. Todd has indicated that she will supplement Mr. Zubiate's letter motion for compassionate release by May 29, 2020. The Government shall file its response by June 3, 2020, and Mr. Zubiate's reply, if any, shall be filed by June 5, 2020.

SO ORDERED.

Dated: May 20, 2020
New York, New York

ALISON J. NATHAN
United States District Judge