USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Miguel Zubiate,

Defendant.

18-cr-442 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

By letter dated June 25, 2020, Defendant Miguel Zubiate requested that this Court reconsider its June 12, 2020 Order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Dkt. No. 119. The Court interprets Defendant's letter as a motion for reconsideration. The Government is hereby ordered to respond to Defendant's motion for reconsideration by 5:00 p.m. on August 11, 2020. The Defendant may file a reply on or before August 27, 2020. The Clerk of Court is respectfully directed to mail a copy of this order to the Defendant.

SO ORDERED.

Dated: July 28, 2020
New York, New York

ALISON J. NATHAN
United States District Judge