USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Miguel Zubiate,

Defendant.

18-cr-442 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court received the attached letter from Defendant Miguel Zubiate, indicating that the he has not yet received the Government's opposition to his motion for reconsideration. In light of the fact that Mr. Zubiate has yet to receive the opposition, the Court hereby extends his deadline to reply to September 24, 2020. The Clerk of Court is respectfully directed to mail a copy of this Order and of the Government's opposition, Dkt. No. 121, to Defendant.

      SO ORDERED.

Dated: September 10, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1

Pg 1

From: MIGUEL ZUBIATE 64662-053
to the Honorable Judge Nathan, I am writting to you today August 24, 2020 in regards to my motion and reconsideration for compassionate release under U.S.C § 3582(c)(1)(A). I havent received the reponse from the Government which was due at 5:00 Pm August 11, 2020. Your Honor all I can say is that not much has changed in Fort Dix camp where I am currently being held at since my first motion. On August 18th and 19th some people from the region actually showed up to Fort Dix Camp, however I witnessed some really disturbing events.

First I witnessed the Counselor Mr Brinson and C.O M.S Stein wake us up (the inmates) at around 6:00Am screaming and telling us to make this place look good because they received noticed that the region was showing up, this was red Flag #1. I also witnessed a bunch of signs posted about Social distancing and we suppose to try to keep distant from each other which is impossible, red Flag #2. Mr Brinson and officer Stein started to fill up spray bottles with disinfectant and placing them by the phones, computers and in the gym, this was the first time

P52

it was done on August 18th 2020 in the morning, we have been on locked down since around March 14th, why does it take till August 18 to provide us with these sanitary supplies, red Flag #3.

The most disturbing act I witness this day was the fact that M.r Brinson was instructing certain inmates on what to tell the region if asked a question, what I heard was Pure lies, for example he instructed an inmate to say that he constantly disinfect and wipes down Phones and Computers after every use (Pure lies). Another thing I noticed was that the region walked by the unit, however they did not ask any inmate about whats goin on in this Camp. My self as an inmate could not stomach this so I asked the gentleman from the region why doesnt he speak to the inmates instead of just goin by what M.r Brinson is telling him, however I got brushed off.

In this camp inmates are being mistreated in the mist of this Covid 19 Pandemic, we have no voice and if we try to speak up all we get in return is retaliation in the form of a shake down in which the officers come to our locker throw everything on the floor and

Pg3

food or extra clothes we have or even take our legal paper work. Some times they even lose our mail.

    Your Honor I have come to the realization that the higher ups have become despot and only worry about reputation, numbers, and not looking bad, so they conceal the truth, which puts my health and life at risk. Your Honor I know it might be difficult to beleive what I have been saying, how ever I am not exagerating one bit. The higher ups in the FBOP have become despot and my health and life is at risk, the only reason I keep writting to you and the Government is because I am praying the Courts and the Government have not also become despot. I am asking the Courts to look at my sittuation with out any bias, and look at the valid points brought up in my motion and all the reference cases I provided, I am asking for the Courts to let me serve the remainder of my sentence in a safer and much more productive enviroment. I would still be under 24 hour supervision and have no problem complying to any requiredments by the Courts, FBOP, or Probation department

Pg 4

and I promise not to screw up your Honor. Judge Nathan I am beging you to Please Protect my life and my health and take me out of the hands of these tyrants that are running Fort Dix Camp. Thank you you Honor

Sincerely, MIGUEL ZUBIATE