UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Miguel Zubiate,

                Movant.

–v–

United States of America,

                Respondent.

18-cr-442 (AJN)
20-cv-9064 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily denied as being without merit, hereby ORDERS that the Clerk of Court electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

    By **December 30, 2020**, the U.S. Attorney's Office shall file an answer or other pleading in response to the motion, serve Mr. Zubiate with a copy of that response, and file proof of service on the public docket.  Mr. Zubiate shall have **60 days** from the date on which he is served with Respondent's answer to file a reply.  Absent further order, the motion will be considered fully submitted as of that date.

    All further papers filed or submitted for filing **must** include the criminal docket number and will be docketed in the criminal case.  The Clerk of Court is respectfully directed to mail this Order to Mr. Zubiate and to note that mailing on the public docket.

    SO ORDERED.

Dated: October 30, 2020
       New York, New York

                                              ALISON J. NATHAN
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/20