USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    :
UNITED STATES OF AMERICA,    :
    :
    -v-    :    18-CR-442 (AJN)
    :
MIGUEL ZUBIATE,    :    <u>ORDER</u>
    :
    Defendant.    :
    :
------------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

    The Court is in receipt of Defendant's *pro se* renewed motion for compassionate release 18 U.S.C. 3582(c)(l)(A) and for the appointment of counsel pursuant to 18 U.S.C. 3006A(a)(2)(B). Dkt. No. 128. The Court hereby orders that pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, Natali J.H. Todd is appointed as CJA counsel to represent the Defendant for the purpose of the Defendant's renewed compassionate release motion. If Ms. Todd intends to supplement Mr. Zubiate's letter motion, she shall inform the Court by November 30, 2020 and propose a date by which she will file such a supplement.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant and to note that mailing on the public docket.

    SO ORDERED.

Dated: November 25, 2020
       New York, New York
                                          ALISON J. NATHAN
                                       United States District Judge