```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                            :
:
       -v-                                              :    18-CR-442 (AJN)
:
MIGUEL ZUBIATE,                                      :    <u>ORDER</u>
:
                Defendant.                     :
:
-----------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      The Government is hereby ORDERED to respond to Defendant's renewed motion for compassionate release under 18 U.S.C. 3582(c)(l)(A), Dkt. Nos. 128, 130, by December 11, 2020. Defendant's reply is due by December 18, 2020.

      SO ORDERED.

Dated: December 2, 2020
       New York, New York

                                                                         ALISON J. NATHAN
                                                                 United States District Judge